IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CYNTHIA ROGERS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:21-CV-2637-L** |
| | § | |
| | § | |
| **ABLE MOVING, LLC d/b/a ABLE MACHINERY MOVERS, LLC,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the court is the parties' Agreed Motion for the Dismissal of all of Plaintiff's Claims with Prejudice (Doc. 26), filed November 30, 2022. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this action and all claims asserted by and among the parties are **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 1st day of December, 2022.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page